UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCLG-LLC, *et. al.,*

        Plaintiffs,                          Case No. 3:15-cv-156

vs.

NICK KUNTZ,                           District Judge Thomas M. Rose
                                                 Magistrate Judge Michael J. Newman

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 7)

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on April 30, 2015 (Doc. 7) is **ADOPTED** in full;

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED WITHOUT PREJUDICE** as to Larry Ealy;

3. Plaintiff Ealy is **ORDERED** to pay the required civil filing fee or obtain written permission from Chief Judge Sargus to file this case; and

4. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED WITH PREJUDICE** as to SCLG-LLC.

May 21, 2015                          s/Thomas M. Rose

Date:_____         _____
                                                THOMAS M. ROSE
                                   UNITED STATES DISTRICT JUDGE