UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCLG-LLC, *et. al.*,

    Plaintiffs,                           Case No. 3:15-cv-156

vs.

NICK KUNTZ,                          District Judge Thomas M. Rose
                                          Magistrate Judge Michael J. Newman

    Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 9)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on June 3, 2015 (Doc. 9) is **ADOPTED** in full;

2. This case is **DISMISSED** for Plaintiffs' failure to prosecute; and

3. This case is **TERMINATED** on the docket of this Court.

Date: June 24, 2015                                                     *s/Thomas M. Rose
                                                                _____
                                                                 THOMAS M. ROSE
                                                            UNITED STATES DISTRICT JUDGE